Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-462

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Seamless Cosmic Pattern with Astronaut Cats Floating in Space

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 17, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-997

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

      **Title of Work:** Seamless Cute Hand-Drawn Dog & Floral Pattern Various Breeds

## Completion/Publication

      **Year of Completion:** 2022
      **Date of 1st Publication:** July 09, 2022
      **Nation of 1st Publication:** United States

## Author

      • **Author:** Iuliia Gosteva
      **Author Created:** 2-D artwork
      **Citizen of:** Russia

## Copyright Claimant

      **Copyright Claimant:** Iuliia Gosteva
      16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

      **Name:** Iuliia Gosteva
      **Email:** juliagostevaart@gmail.com
      **Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
      Moscow 105484 Russia

## Certification

      **Name:** David Denholm
      **Date:** April 10, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-842**

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 16, 2025

## Title

**Title of Work:** Seamless Cute Cat & Dog Paw Print and Flower Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 09, 2020
**Nation of 1st Publication:** United States

## Author

**Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-999**

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Zodiac Sign & Constellation Pattern on Blue Space Background

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 24, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484,
Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-460

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Seamless Chinese New Year White Metal Rat Pattern – Festive Background

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 11, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-452-979

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Cute Snail & Glowing Mushroom Forest Night Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 10, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484,
Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-978

**Effective Date of Registration:**
April 10, 2025

**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Floral Pattern with Yellow Flowers, Butterflies & Bees on Black

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 30, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-983

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

## Title _____

**Title of Work:** Seamless Cute Hand-Drawn Dog Pattern — Bulldog, Corgi, Bernese Mountain
Dog, Chihuahua

## Completion/Publication _____

**Year of Completion:** 2022
**Date of 1st Publication:** July 20, 2022
**Nation of 1st Publication:** United States

## Author _____

**Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant _____

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484,
Russia

## Rights and Permissions _____

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification _____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-977

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

## Title
_____

**Title of Work:** Seamless Tiger Head Pattern with White Polka Dots on Grey

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** January 17, 2019
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant
_____

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions
_____

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification
_____

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-991

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

        **Title of Work:** Seamless Black Cat & Mystical Symbols Pattern

## Completion/Publication

        **Year of Completion:** 2021
      **Date of 1st Publication:** February 02, 2021
     **Nation of 1st Publication:** United States

## Author

       •     **Author:** Iuliia Gosteva
      **Author Created:** 2-D artwork
        **Citizen of:** Russia

## Copyright Claimant

      **Copyright Claimant:** Iuliia Gosteva
      16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

         **Name:** Iuliia Gosteva
        **Email:** juliagostevaart@gmail.com
     **Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
      Moscow 105484 Russia

## Certification

        **Name:** David Denholm
         **Date:** April 10, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-443-461

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Seamless Cosmic Cat Pattern Cats Floating in Space |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | February 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Iuliia Gosteva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Iuliia Gosteva<br>16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Iuliia Gosteva |
| **Email:** | juliagostevaart@gmail.com |
| **Address:** | 16th Parkovaya Street, Building 19, Block 2, Apartment 94<br>Moscow 105484 Russia |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 10, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-994

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Cute French Bulldog Pattern – Funny Dogs in Hats & Glasses on White

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 07, 2022
**Nation of 1st Publication:** United States

## Author

● **Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94 Moscow 105484 Russia

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-995

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title
_____

**Title of Work:** Seamless Cute Hand-Drawn Dog & Floral Pattern – Husky, Dalmatian, Bulldog, Spaniel, Doberman

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** May 07, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

**Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant
_____

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions
_____

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification
_____

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-980

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Glowing Mushroom Pattern in Space

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-981**

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Halloween Pattern with Black Cat, Pumpkin, Mushrooms & Creepy Eyes

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 24, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-982

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Marijuana Doodle Pattern – Cannabis, Smoking & Fun Elements

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 10, 2021
**Nation of 1st Publication:** United States

## Author

**•  Author:** Iuliia Gosteva
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-992

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

## Title _____

**Title of Work:** Seamless Cute Dog Bone & Flower Pattern on White

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** May 17, 2020
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant _____

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions _____

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification _____

**Name:** David Denholm
**Date:** April 10, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-984**

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Seamless Cute Hand-Drawn Dog Pattern – Husky, Dalmatian, Bulldog, Spaniel, Doberman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | May 05, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Iuliia Gosteva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Iuliia Gosteva<br>16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Iuliia Gosteva |
| **Email:** | juliagostevaart@gmail.com |
| **Address:** | 16th Parkovaya Street, Building 19, Block 2, Apartment 94<br>Moscow 105484 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-948

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Seamless Hand-Drawn Doodle Cannabis Pattern with Quotes on Chalkboard

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 21, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-985**

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 17, 2025

## Title

**Title of Work:** Seamless Marijuana Doodle Pattern – Cannabis, Smoking & Magic Seeds

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Iuliia Gosteva
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Iuliia Gosteva
16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia

## Rights and Permissions

**Name:** Iuliia Gosteva
**Email:** juliagostevaart@gmail.com
**Address:** 16th Parkovaya Street, Building 19, Block 2, Apartment 94
Moscow 105484 Russia

## Certification

**Name:** David Denholm
**Date:** April 10, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-830

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
July 16, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Seamless Seashell & Starfish Pattern |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 26, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Iuliia Gosteva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Iuliia Gosteva |
|  | 16th Parkovaya Street, Building 19, Block 2, Apartment 94, Moscow, 105484, Russia |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Iuliia Gosteva |
| **Email:** | juliagostevaart@gmail.com |
| **Address:** | 16th Parkovaya Street, Building 19, Block 2, Apartment 94 Moscow 105484 Russia |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 10, 2025 |

