# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IULIIA GOSTEVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-15364

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | CQLONG |
| 5 | KKZZ YU |
| 20 | muishibaby |
| 21 | zhengzhiqi2299 |
| 26 | U-wear |
| 27 | Shifa US |
| 28 | TaiyuShop |
| 37 | LanKen |
| 44 | Renlifeng |
| 46 | Yiwushi Qiaoliu Maoyi Youxiangongsi |
| 47 | BenYaSong |
| 58 | Sletend |
| 60 | Movqaiw |
| 62 | YNNALE |
| 63 | JHKKU-M |
| 67 | FEIWONERY |
| 75 | ABabyCool |
| 76 | YQJS |
| 79 | MOYYO |
| 80 | OPRINT |

| | |
|---|---|
| 83 | Yochoice |
| 86 | Delerain |
| 87 | Vozoza |
| 96 | Oplp |
| 104 | yoyoto |
| 109 | Shian Ti |
| 110 | wangxingkj |
| 111 | DaKing |
| 112 | ZhoLing |
| 116 | SKYDA |
| 122 | Winchihan |
| 125 | CC Home Decor |

DATED:  January 27, 2026    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 27, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt