# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IULIIA GOSTEVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-15364

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | CUPADA |
| 3 | VIGTRO |
| 24 | LINMEIZHEN |
| 53 | keluxi |
| 66 | FunHomie |
| 68 | DIYHOT |
| 69 | KOCOART |
| 70 | Sugar Life HDecor |
| 72 | DIGTIA |
| 77 | meiyazhen |
| 82 | VKPSCHJ |
| 85 | SLHKPNS |
| 106 | hongtao-1 |
| 107 | zhihuazheng |
| 115 | lxooo |
| 130 | Hyeringe |
| 131 | Hwanyo |

DATED: January 29, 2026				Respectfully submitted,

				*/s/ Keith A. Vogt*
				Keith A. Vogt
				FL Bar No. 1036084/IL Bar No. 6207971
				Keith A. Vogt PLLC
				1820 NE 163rd Street, Suite #306
				North Miami Beach, Florida 33162
				Telephone: 312-971-6752
				E-mail: keith@vogtip.com

				***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
      Keith A. Vogt