**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IULIIA GOSTEVA,<br><br>               Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 1:25-cv-15364<br><br>**Judge Manish S. Shah** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff IULIIA GOSTEVA ("Gosteva" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Gosteva having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Gosteva having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants because Defaulting Defendants have sold products using infringing versions of Gosteva's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-443-462; VA 2-452-997; VA 2-452-842; VA 2-452-999; VA 2-443-460; VA 2-452-979; VA 2-452-978; VA 2-452-983; VA 2-452-977; VA 2-452-991; VA 2-443-461; VA 2-452-994; VA 2-452-995; VA 2-452-980; VA 2-452-981; VA 2-452-982; VA 2-452-992; VA 2-452-984; VA 2-452-948; VA 2-452-985; and VA 2-452-830 (the "Iuliia Gosteva Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Gosteva's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Iuliia Gosteva Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Iuliia Gosteva product or not authorized by Gosteva to be sold in connection with the Iuliia Gosteva Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Iuliia Gosteva product or any other product produced by Gosteva, that is not Gosteva's

2

or not produced under the authorization, control, or supervision of Gosteva and approved by Gosteva for sale under the Iuliia Gosteva Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Gosteva, or are sponsored by, approved by, or otherwise connected with Gosteva; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Gosteva, nor authorized by Gosteva to be sold or offered for sale, and which bear any of Gosteva's copyrights, including the Iuliia Gosteva Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account to sell infringing goods using the Iuliia Gosteva Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Iuliia Gosteva Works or any reproductions, infringing copies or colorable imitations thereof that is not a

3

genuine Iuliia Gosteva product or not authorized by Gosteva to be sold in connection with the Iuliia Gosteva Works.

3. Upon Gosteva's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Iuliia Gosteva Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Gosteva is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five-hundred dollars ($12,500) for willful use of infringing Iuliia Gosteva Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart, are hereby released to Gosteva as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart, are ordered to release to Gosteva the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Gosteva has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Gosteva shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Gosteva identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Gosteva may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Judgment.

Dated: February 10, 2026

Manish S. Shah
United States District Judge

5

**First Amended Schedule A**

| No. | Defendants |
|-----|------------|
| 1 | KwikMedia |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Vomwwlix |
| 7 | |
| 8 | krisa |
| 9 | ZKING |
| 10 | |
| 11 | POFATO FRAMES |
| 12 | POFATO BAG |
| 13 | |
| 14 | SHENGLIANGTUO |
| 15 | |
| 16 | SHANGPINYAOHANG |
| 17 | DCORPZ |
| 18 | |
| 19 | he fei lang gong shang mao you xian ze ren gong si |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | Xiaoyu8888 |
| 31 | |
| 32 | |
| 33 | |
| 34 | OTVEE |
| 35 | |
| 36 | |
| 37 | |
| 38 | XINHAICAIYANG |

| | |
|---|---|
| 39 | |
| 40 | YYYDIANZISHANGWU |
| 41 | Chocolatemaoutdash |
| 42 | rushuang |
| 43 | XiMingXiMing |
| 44 | |
| 45 | BZH-US |
| 46 | |
| 47 | |
| 48 | FANG HANG DIAN ZI |
| 49 | Fuchen |
| 50 | WBDYJD |
| 51 | Mosytuky |
| 52 | Lijuanjuan-1 |
| 53 | |
| 54 | Wuuuua |
| 55 | SA-Toy |
| 56 | Hryg |
| 57 | BinTu |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | ALYDFFY |
| 65 | FleetingTime |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | YALYVERY Decor |
| 72 | |
| 73 | Fsenya store |
| 74 | TaoRenEn445 |
| 75 | |
| 76 | |
| 77 | |
| 78 | MeArtisticGift |
| 79 | |



| | |
|---|---|
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | ZHIHUISM |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | SUMIANYH |
| 91 | |
| 92 | Phuong Beou |
| 93 | Sanwguf |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | hongchaodong |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | USORCHARD |
| 115 | |
| 116 | |
| 117 | zhimidianzi |
| 118 | |
| 119 | LIGHT TECH POD |
| 120 | NETTECH STORE |

| 121 | lucky moment |
|---|---|
| 122 | |
| 123 | nuansexi |
| 124 | Bay Half |
| 125 | |
| 126 | Jinyang Trading Co., Ltd. |
| 127 | FXZZ DIY |
| 128 | Yiwu Lixin Trading Co., Ltd. |
| 129 | Yiwu Ruifan Trading Co., Ltd. |
| 130 | |
| 131 | |
| 132 | NINGNINGBOY |
| 133 | UNBOUND THREAD |
| 134 | Jning DIY |
| 135 | FreePeelVerse |
| 136 | HUIYU Wall Household |
| 137 | HeartfeltHues local |
| 138 | Gorgeous sunset |
| 139 | Teen Trend Threads |
| 140 | WarmHaven Blanket |
| 141 | EternalComfort Blanket |
| 142 | PureSnug Blankets |
| 143 | EverSoft Blankets |
| 144 | Dusk Dawn Blankets |
| 145 | Global Hut |
| 146 | Hanzilei Quality Life Hall |
| 147 | WalkinVibe |
| 148 | Doormy |
| 149 | Fashion Dreaming |
| 150 | Auralis |