**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Iuliia Gosteva, | |
| Plaintiff, | Case No.: 25-cv-15364 |
| v. | **Judge Manish S. Shah** |
| The Partnerships And Unincorporated Associations Identified On Schedule A, | **Magistrate Judge Heather K. McShain** |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

NOW COME Defendants No. 97 Love Gift Art, No. 98 Jinglu Art, No. 99 Love Home Gift, No. 100 Meihang, and No. 101 Shanghai Green Root Trading Co., Ltd. (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for an extension of time, up to and including March 23, 2026, for Defendants to answer or otherwise respond to the Complaint. In support thereof, Defendants states as follows:

1.  The current deadline for Defendants to answer or otherwise respond to the Complaint is March 2, 2026. [Dkt. 43].

2.  Plaintiff and Defendants have been engaged in a good faith settlement negotiations and additional time is needed for Defendants to investigate and prepare a proper response to the Complaint.

3.  Defendants request an extension of time until March 23, 2026, to answer or otherwise respond to the Complaint in this matter.

4.  Plaintiff has agreed to this extension of time.

5.   This is Defendants' second extension of time request. The Court granted Defendants' first Motion to Extend, which extended the deadline for Defendants to answer or otherwise respond in this matter from January 28, 2026 to March 2, 2026. [Dkt. Nos. 40, 43]. This motion is made in good faith and will not prejudice Plaintiff or unduly delay the proceedings.

WHEREFORE, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline by which Defendants is to answer or otherwise respond to Plaintiff's Complaint, up to and including by March 23, 2026.

Date: March 2, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Defendants*