# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IULIIA GOSTEVA,

        Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No.:  25-cv-15364

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, IULIIA GOSTEVA and Defendant No.

59 VaryStyle identified in Schedule A of the Complaint, hereby advise this Court that they have

reached a settlement and hereby stipulate to a dismissal, without prejudice.

Each party is to bear its own attorneys' fees, costs and expenses.

Dated: March 3, 2026

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

Respectfully submitted,

*/s/ Longhao Wang*
Longhao Wang (IL Bar No. 6316761)
LW Legal LLC
150 S. Wacker Suite 2400
Chicago, IL 60606
(718) 200-9474
lwang@lwlegalfirm.com

***ATTORNEY FOR DEFENDANT***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 3, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt