**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IULIIA GOSTEVA,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-15364

Judge Manish S. Shah

Magistrate Judge Heather K. McShain

## STATUS REPORT

Pursuant to minute entry [43], Plaintiff, IULIIA GOSTEVA ("Plaintiff") files this status report solely on behalf of Plaintiff[1].

Plaintiff and Defendant Nos. 97 Love Gift Art, 98 Jinglu Art, 99 Love Home Gift, 100 Meihang, and No. 101 Shanghai Green Root Trading Co., Ltd. ("Defendants") are currently discussing settlement. Progress has been slow, but Plaintiff believes the assistance of the magistrate judge could help the parties finalize a settlement. The Court provided Defendants with a deadline of March 23, 2026 to file an answer or otherwise plead. [53].

Plaintiff requests that the parties be referred to the magistrate judge for a settlement conference.

---

[1] Plaintiff requested Defendants' input on this status report but as of the time of filing, Plaintiff has not received a response to that email.

2

DATED: March 6, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith Vogt*
Keith Vogt

3