**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Iuliia Gosteva,<br><br>          Plaintiff,<br><br>   v.<br><br>The Partnerships And Unincorporated<br>Associations Identified On Schedule A,<br><br>          Defendants. | Case No.: 25-cv-15364<br><br>**Judge Manish S. Shah** |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants Love Gift Art, Jinglu Art, Love Home Gift, Meihang, and Shanghai Green Root Trading Co., Ltd. (collectively, "Defendants"), by and through their undersigned counsel, submit their Answer and Affirmative Defenses to the Complaint of Plaintiff Iuliia Gosteva ("Plaintiff").

## ANSWER

## JURISDICTION AND VENUE

1. The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendants are not required to answer. Without waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, Defendants admit as to the action concerning copyright infringement and the original subject matter jurisdiction pursuant to 17 U.S.C. § 101, 28 U.S.C. §§ 1331 and 1338, otherwise denied.

2. The allegations in this paragraph constitute legal conclusions rather than factual averments, and thus Defendants are not required to answer. Without waiving the foregoing contention and reserving all such rights: to the extent a response is deemed necessary, Defendants admit to operating an Internet e-commerce store and do not dispute venue. With respect to all other parties

1

and allegations, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

## INTRODUCTION

3.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

4.      Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

5.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

6.      Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

7.      Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

## THE PLAINTIFF

8.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

9.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

10.      Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

11. Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

## THE DEFENDANTS AND THE DEFENDANTS' UNLAWFUL CONDUCT

16. Defendants admit to residing in foreign jurisdiction and operating e-commerce store, otherwise denied. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

## COUNT I
## COPYRIGHT INFRINGEMENT

17. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein.

18. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

19. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

3

20. Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

21. Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

22. Denied with respect to Defendants. With respect to all other parties, Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation and therefore deny it.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any relief whatsoever arising from any claim or set of allegations set forth in the Complaint, and on that basis deny Plaintiff's Prayer for Relief in its entirety.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof that they would not otherwise bear, Defendants assert the following defenses. In addition to the affirmative defenses described below, subject to their responses above, Defendants specifically reserve all rights to allege additional affirmative defenses that become known through the course of discovery or further investigation in this action.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

4

Plaintiff's claims are barred because Defendants did not infringe any valid copyright of Plaintiff. There is no substantial similarity between Plaintiff's copyrights and any products offered or sold by Defendants, and any alleged similarities involve non-protectable elements or result from independent creation.

### THIRD AFFIRMATIVE DEFENSE
#### (Fair Use)

Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use under 17 U.S.C. § 107. Any alleged use of Plaintiff's works by Defendants constitutes fair use because such use involved only limited and reasonable portions of the works, and did not cause market harm to Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE
#### (Misjoinder)

Plaintiff's claims are barred, in whole or in part, due to improper joinder. Defendants are improperly joined in this action with unrelated defendants in violation of Federal Rules of Civil Procedure 20 and 21, as the claims do not arise out of the same transaction, occurrence, or series of transactions or occurrences, and there are no common questions of law or fact sufficient to justify joinder. Among other things, the significant differences among the business entities, addresses, and products of defendants in Schedule A also show the lack of any "logical relationship" necessary for a proper joinder under Fed. R. Civ. P. 20.

### FIFTH AFFIRMATIVE DEFENSE
#### (Equitable Defenses)

Upon information and belief, all or some of Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of waiver, implied waiver, laches, estoppel, and/or other equitable defenses.

### SIXTH AFFIRMATIVE DEFENSE
#### (Innocent Infringement)

If any infringement occurred (which is denied), Defendants were innocent infringers under 17 U.S.C. § 504(c)(2) with no knowledge or reason to believe that their acts constituted infringement.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Willfulness)

Any alleged infringement (which is denied) was not willful.

## ADDITIONAL DEFENSES

Defendants reserve the right to amend this Answer with additional, supplemental, and/or different defenses as their investigation and discovery in this case may merit, and as permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully request that the Court enter judgment in their favor and against the Plaintiff, and grant the following relief:

1) Dismiss Plaintiff's Complaint with prejudice as to Defendants;

2) Denying all relief that Plaintiff seeks in the Complaint;

3) Award Defendants their costs and attorneys' fees as permitted by law;

4) Grant such other and further relief as the Court deems just and proper.

Date: March 19, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*

Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Defendants*